**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>JOHN P. BOCCELLI | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 21-10649-MDC |

## O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

May 6, 2021

_____
Magdeline D. Coleman
Chief **U.S.** Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GARY E THOMPSON
150 E SWEDESFORD RD
1ST FLOOR
WAYNE, PA 19087-

Debtor:
JOHN  P. BOCCELLI

404 COUNTRY EDGE ROAD

DOWNINGTOWN, PA 19335